**CHARLES GUEST, CLIFFORD HART, and L. B. HART, v. THE STATE OF FLORIDA.**

21 So. (2nd) 208                                      January Term, 1945
March 9, 1945                                              Division B
Rehearing denied March 27, 1945

*G. P. Garrettt, G. B. Fishback* and *W. R. Smith,* for appellants.

*J. Tom Watson,* Attorney General, *John C. Wynn* and *Sumter Leitner,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.